IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THE NORTHWEST PUBLIC COMMUNICATIONS COUNCIL, UNIDENTIFIED PSPs A to Z, and NPCC MEMBERS: CENTRAL TELEPHONE, INC.; COMMUNICATION MANAGEMENT SERVICES, LLC; DAVEL COMMUNICATIONS a/k/a PHONETEL TECHNOLOGIES, INC.; INTERWEST TELECOM SERVICES CORPORATION; NSC COMMUNICATIONS PUBLIC SERVICES CORPORATION; NATIONAL PAYPHONE SERVICES, LLC; PACIFIC NORTHWEST PAYPHONES; PARTNERS IN COMMUNICATION; T & C MANAGEMENT, LLC; CORBAN TECHNOLOGIES, INC.; and VALLEY PAY PHONES, INC., | 3:10-CV-685-BR<br><br>JUDGMENT |
|        Plaintiffs, | |
| v. | |
| OREGON PUBLIC UTILITY COMMISSION, an agency of the State of Oregon; RAY BAUM, in his capacity as Commissioner of PUC; SUSAN ACKERMAN, in her capacity as Commissioner of PUC; JOHN SAVAGE, in his capacity as Commissioner of PUC; and QWEST CORPORATION, | |
|        Defendants. | |

1 - JUDGMENT

Based on the Court's Opinion and Order (#37) issued July 27, 2011, the Court **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 27th day of July, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - JUDGMENT